UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMINAH SHABAZZ, *in her own right and as Adminstratrix of the* ESTATE OF LEON C. LITTLE, 1305 Marlkress Rd., Cherry Hill, NJ 08003,<br><br>        Plaintiff,<br><br>v.<br><br>TEN UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF PRISONS AT OTISVILLE FCI, *in their individual capacities*, and UNITED STATES OF AMERICA,<br><br>        Defendants. | 25-cv-5966 (CM)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  This motion is presented to me in my capacity as Part I judge. Plaintiff, Aminah Shabazz, in her own right and as *Administratrix* of the Estate of Leon C. Little, brings this action pursuant to the Federal Tort Claims Act. Although Plaintiff has not yet filed proof of service on the docket, she now moves for expedited discovery pursuant to Federal Rule of Civil Procedure 26(d). Plaintiff is hereby ordered to promptly serve Defendant the United States of America with a copy of the complaint, its motion, and this order and to file proof of such service on the docket. The Government shall file its response to the motion within two weeks of its receipt of these materials.

SO ORDERED.

Dated:  July 24, 2025
     New York, New York

                           _____
                           Ronnie Abrams
                           United States District Judge
                           Part I