TIMOTHY P. CREECH, ESQ.
Direct Dial: 215.575.7618
Timothy@CreechandCreech.com

LAETITIA B. CREECH, ESQ.
Direct Dial: 215.575.7622
LCreech@CreechandCreech.com

# Creech & Creech LLC

1835 MARKET STREET, SUITE 2710
PHILADELPHIA, PENNSYLVANIA 19103
TEL: 215.575.7611 • FAX: 215.575.7688



www.CreechandCreech.com
Admitted to Practice in: PA, NJ & NY

September 2, 2025

*Via* ECF Notification

Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSEMENT**

RE:   Shabazz v. Ten Unknown Named Agents of Otisville FCI and USA
         No: 1:25-cv-05966-CM

Dear Judge Ricardo:

Plaintiff respectfully withdraws her Motion to Expedite Discovery {DKT #4}, which was referred to your Honor by Judge McMahon. Plaintiff also requests that the phone conference scheduled before your Honor on September 10, 2025 at 10:30am be canceled.

Respectfully,

CREECH & CREECH LLC

/s/ Timothy P. Creech
TIMOTHY P. CREECH

Cc:   Harry K. Fidler, Esq. (*via* ECF Notification: harry.fidler@usdoj.gov)

Accordingly, the Letter Motion at ECF No. 4 is DENIED AS MOOT.

The conference scheduled for September 10, 2025 at 10:30 a.m. is adjourned sine die.

SO ORDERED.

Dated:  September 3, 2025
             New York, New York

Henry J. Ricardo
United States Magistrate Judge