UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMINAH SHABAZZ,
*in her own right and as Adminstratrix of the*
ESTATE OF LEON C. LITTLE

           Plaintiff,

v.

TEN UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF PRISONS AT OTISVILLE FCI, *in their individual capacities*; and UNITED STATES OF AMERICA,

           Defendants.

C.A. No.: 1:25-cv-05966-CM

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2025

AND NOW, this __3rd__ Day of __September__, 2025, upon consideration of Plaintiff's Motion for Expedited Discovery, it is hereby ORDERED the motion is GRANTED. Defendant United States of America shall respond to the Interrogatories and Requests for Production of Documents attached to the Motion within __60__ days of completion of service of the summons and Complaint on Defendant, United States of America.

SO ORDERED,

_____, J.

9/3/2025